Prob 12C

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## SUPERSEDING PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

| | |
|---|---|
| **Offender Name:** | Darrell DUKE |
| **Docket Number:** | 1:03CR5288 OWW |
| **Offender Address:** | Bakersfield, CA   93307 |
| **Judicial Officer:** | Honorable Oliver W. Wanger<br>United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 11-08-95 |
| **Original Offense:** | 21 USC 846 - Conspiracy to Distribute Cocaine Base (CLASS A FELONY) |
| **Original Sentence:** | 75 months Bureau of Prisons; 5 years supervised release; $50 special assessment; mandatory urinalysis testing |
| **Special Conditions:** | Warrantless search; abstain from alcohol; participate in substance abuse counseling/urinalysis testing; report to U. S. Probation office within 72 hours of release from confinement |

**Other Court Action:**

| | |
|---|---|
| <u>08-07-03</u>: | Jurisdiction transferred from the District of Nebraska (case number 8:CR94-0062) to the Eastern District of California and assigned to the Honorable U. S. District Judge Oliver W. Wanger (case number 1:03CR5288). |
| <u>08-22-03</u>: | Modification Petition approved by the Court ordering the releasee to participate in a community corrections center for a period not to exceed 180 days.  The modification request was in response to his conviction in Kern County Superior Court (BM640058A) of violating: CPC 243(a) - Battery; PC 591- Disconnecting a telephone line. (Victim: Nisheaka Duke). |

**RE:   Darrell DUKE**
**Docket Number:  1:03CR5288 OWW**
**PETITION FOR WARRANT OR SUMMONS FOR**
**OFFENDER UNDER SUPERVISION**

| | |
|---|---|
| <u>**03-04-05**</u>: | Form 12C Petition filed to advise the Court that the releasee was arrested for a new law violation.  It is alleged, that on or about February 13, 2005, Mr. Duke used force on Joann Duke (his wife) and her 11 year old daughter. On March 4, 2005, the Court issued a Summons to appear.  The releasee is scheduled to return before Your Honor on September 26, 2006. |
| **Type of Supervision:** | Supervised release |
| **Supervision Commenced:** | 03-07-00 |
| **Assistant U.S. Attorney:** | Unassigned |
| **Defense Attorney:** | Victor Chavez |

RE:   Darrell DUKE
      Docket Number:  1:03CR5288 OWW
      **PETITION FOR WARRANT OR SUMMONS FOR**
      **OFFENDER UNDER SUPERVISION**

**PETITIONING THE COURT**

[X]   TO ISSUE A WARRANT
[]    TO ISSUE A SUMMONS
[]    OTHER:

The probation officer alleges the offender has violated the following condition(s) of supervision:

**Charge Number**   **Nature of Violation**

**Charge 1:**   **NEW LAW VIOLATION**

On February 13, 2005, Mr. Duke used physical force on Joann Duke and her 11 year old daughter, in violation of Penal Code Section 273.5(a)/17b - Inflicting Corporal Injury on a Spouse or Cohabitant, a Misdemeanor; Penal Code Section 148(a)(1) - Obstructing or Resisting a Public Peace Officer, a Misdemeanor and violation of Penal Code Section 273(a)(b)/17b - Willful Cruelty to a Child, a Misdemeanor, also in violation of the general condition to obey all laws.

**Charge 2:**   **ILLICIT DRUG USE**

On September 7, 2005, the releasee submitted a urine specimen which tested positive for phencyclidine, in violation of the mandatory condition requiring him to refrain from the unlawful use of a controlled substance.

**RE:   Darrell DUKE**
   **Docket Number:  1:03CR5288 OWW**
   **PETITION FOR WARRANT OR SUMMONS FOR**
   **OFFENDER UNDER SUPERVISION**

**Justification Re:   Bail/Detention:**   Mr. Duke is currently released on his own recognizance while pending formal revocation proceedings in reference to the 12C Petition filed on March 4, 2005, which alleges he used physical force by hitting his wife on her face, head and chest. According to the Pharmchem Analysis Report dated September 9, 2005, Mr. Duke has reportedly engaged in the use of Phencyclidine.  Moreover,  Mr. Duke has a 2003 conviction in Kern County Superior Court of committing a battery and disconnecting a telephone line.  It is significant he has tested positive for phencyclidine (PCP), while pending revocation proceedings for a crime of violence against another person. Therefore, it is respectfully recommended a warrant be issued for his arrest.  Mr. Duke is currently scheduled to appear before the Honorable U. S. District Judge, Oliver W. Wanger, on September 26, 2005, at 9:30 a.m., for a formal revocation hearing.

**I declare  under penalty of perjury that the foregoing is true and correct.**

**EXECUTED ON**:   September 19, 2005
   Bakersfield, California
   LES:ks

Respectfully submitted,

/s/ Lonnie E. Stockton

**LONNIE E. STOCKTON**
**United States Probation Officer**
Telephone:  (661) 861-4203

**REVIEWED BY**:   /s/ Rick C. Louviere
   **RICK C. LOUVIERE**
   **Supervising United States Probation Officer**

RE: Darrell DUKE
Docket Number: 1:03CR5288 OWW
**PETITION FOR WARRANT OR SUMMONS FOR**
**OFFENDER UNDER SUPERVISION**

---

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

[x]  The issuance of a warrant         [ ]   Bail set at $ __         [x]   No Bail

[ ]  The issuance of a summons (copy to Defense Counsel).

[ ]  Other:

**FURTHER PROCEEDINGS REGARDING CUSTODY:**

[x]  Defendant is ordered detained, to be brought before District Judge forthwith.

[ ]  Initial appearance and detention hearing before Magistrate Judge.

| September 21, 2005 | /s/ OLIVER W. WANGER |
|---|---|
| **Date** | **Signature of Judicial Officer** |

cc:   United States Probation
      Assistant United States Attorney